AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Denis Alberto Lagos-Ponce<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.  3:25-mj-00252-2 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Denis Alberto Lagos-Ponce                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

Date:     09/10/2025                                        _____
                                                                            *Issuing officer's signature*

City and state:     Portland, Oregon                        Hon. Jeffrey Armistead, U.S. Magistrate Judge
                                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)*  9/10/25  , and the person was arrested on *(date)*  9/8/25
at *(city and state)*  _____

Date:  9/11/25                                              _____
                                                                            *Arresting officer's signature*

                                                                            R. Donovan/SA
                                                                            *Printed name and title*